UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
NOVEMBER 20, 2018 SESSION



FILED
NOV 20 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:18-00278
     8 U.S.C. § 1326(a)

MARCOS TOJIN-TIU

## I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1.   On or about April 15, 2012, defendant MARCOS TOJIN0-TIU, an alien, was found at or near Harlingen, Texas, and was subsequently removed from the United States to Guatemala on or about May 3, 2012.

2.   On or about October 30, 2018, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant MARCOS TOJIN-TIU, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                MICHAEL B. STUART
                United States Attorney

By: _____
                ERIK S. GOES
                Assistant United States Attorney